Argued and submitted July 27, reversed and remanded September 7, 1994

STATE OF OREGON,
*Appellant,*

*v.*

JAMES LEE WHITWORTH,
*Respondent.*

(92-07-5755-C; CA A78195)

879 P2d 910

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State ex rel Schrunk v. Bonebrake,* 318 Or 312, 865 P2d 1289 (1994); *State v. Thompson,* 126 Or App 500, 869 P2d 361 (1994).